MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
DARALYN J. DURIE (CA SBN 169825)
DDurie@mofo.com
EUGENE NOVIKOV (CA SBN 257849)
ENovikov@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:     415.268.7522

NICHOLAS RYLAN FUNG, BAR NO. CA SBN 312400
NFung@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454

Attorneys for Defendant
GIGAGEN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., AND THE UNIVERSITY OF CHICAGO,<br><br>Plaintiffs,<br><br>v.<br><br>GIGAGEN, INC.,<br><br>Defendant. | Case No. 3:22-cv-07205-AMO<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER** |

STIPULATION AND ~~[PROPOSED]~~ ORDER
3:22-cv-07205-AMO
sf-5565284

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to exchange Preliminary Claim Constructions and Extrinsic Evidence is extended to June 1, 2023.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: May 26, 2023                                          WEIL, GOTSHAL & MANGES LLP


By:   */s/ Derek C. Walter*
            Edward R. Reines
            Derek C. Walter

            *Attorneys for Plaintiffs*
            BIO-RAD LABORATORIES, INC.,
            and THE UNIVERSITY OF CHICAGO


Dated: May 26, 2023                                          MORRISON & FOERSTER LLP


By:   */s/ Eugene Novikov*
            Michael A. Jacobs
            Daralyn J. Durie
            Eugene Novikov
            Joyce C. Li
            Nicholas R. Fung

            *Attorneys for Defendant*
            GIGAGEN, INC.

STIPULATION AND [PROPOSED] ORDER
3:22-cv-07205-AMO
sf-5565284

2

**[PROPOSED] ORDER**

**IT IS ORDERED** that the forgoing Agreement is approved.

Dated:      June 2, 2023          _____
                                   Araceli Martínez-Olguín
                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER
3:22-cv-07205-AMO                                    3
sf-5565284