UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIO-RAD LABORATORIES, INC., et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>GIGAGEN, INC.,<br><br>           Defendant. | Case No. 22-cv-07205-AMO<br><br>**ORDER SETTING CLAIM CONSTRUCTION HEARING AND TECHNOLOGY TUTORIAL**<br><br>Re: Dkt. No. 43 |

The Court hereby re-sets the Claim Construction Hearing for **Wednesday, October 25, 2023, at 10:00 a.m.**

In addition, the Court sets a technology tutorial in connection with the claim construction proceedings for **Tuesday, October 17, 2023, at 10:00 a.m.**  The parties shall submit any slides or demonstratives for the technology tutorial via email to amocrd@cand.uscourts.gov no later than 12:00 p.m. on Thursday, October 12, 2023.

At the tutorial, each side will be permitted 30 minutes to present a short summary and explanation of the technology at issue.  The patent holder shall present first.  Nonargumentative demonstrations and visual aids are encouraged, and the Court generally prefers that someone other than counsel make the presentation.  No argument will be permitted.  The tutorial will be conducted off the record, and statements made during the tutorial may not be cited as judicial admissions against a party.

///

///

///

///

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: September 6, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California